**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Bobby Barnard BEASLEY, also known as Cutthroat, Defendant–Appellant.**

No. 08–30415.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted July 6, 2009.

Filed April 12, 2010.

Helen J. Brunner, Esquire, Assistant U.S., Vincent Thomas Lombardi, II, Esquire, Assistant U.S., Michael Symington Morgan, Assistant U.S., Office of the U.S.

Attorney, Seattle, WA, for Plaintiff–Appellee.

Nancy Tenney, FPDWA–Federal Public Defender's Office, Seattle, WA, for Defendant–Appellant.

Before: O'SCANNLAIN, KLEINFELD and BERZON, Circuit Judges.

MEMORANDUM *

Beasley appeals his sentence of 37 months imprisonment, followed by 3 years supervised release, for unlawful possession of a firearm by a felon, in violation of 18 U.S.C. § 922(g)(1).

Beasley's 2005 conviction for first degree theft under Washington Revised Code § 9A.56.030(1)(b) is categorically a crime of violence within the meaning of U.S. Sentencing Guidelines § 2K1.1(a)(4). This case is directly controlled by our holding in Beasley's co-defendant's appeal, *United States v. Alderman*, 601 F.3d 949 (9th Cir.2010). We affirm for the reasons laid out in *Alderman*.

**AFFIRMED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.